AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| Plaintiffs, Maria Isabel Rivera, Individually and as Personal Representative of the Estate of Joel Rivera DeLeon, Cipriano Rivera, Jesus Rivera, Carlos Rivera, Lucero Rivera, Joel Rivera and Efren Rivera <br> *Plaintiff(s)* <br> v. <br> Schneider E&C Company, Inc. <br> *Defendant(s)* | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Schneider E&C Company, Inc.
    by and through its Texas Registered Agent
    Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company,
    211 E. 7th St., Suite 620
    Austin, Texas 78701-3218

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    David L. Rumley
    Wigington Rumley Dunn & Blair, L.L.P.
    123 North Carrizo Street
    Corpus Christi, Texas 78401

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                 _____

                                                                                                                *Signature of Clerk or Deputy Clerk*