UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARIA ISABEL RIVERA, individually and as a Personal Representative of the Estate of JOEL RIVERA DELEON; CIPRIANO RIVERA; JESUS RIVERA; CARLOS RIVERA; LUCERO RIVERA; JOEL RIVERA; and EFREN RIVERA,<br>*Plaintiffs*,<br><br>v.<br><br>SCHNEIDER E&C CO., INC.,<br>*Defendant.* | § § § § § § § § § § § § § § § CIVIL ACTION NO. 2:21-cv-00060 |

## JOINT STIPULATION OF PARTIAL DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW the Intervenors Karla Cavazos, Individually and as Personal Representative of the Estate of Arturo Cavazos and as next friend of M.C., a minor, Arturo Cavazos and Bertha Cavazos, and Defendant Schneider E&C Co., Inc., all of whom are in agreement with respect to the relief sought herein, and jointly move this Court for an Order Dismissing all of Intervenors' Claims against Defendant as more fully set forth below:

1. On May 7, 2021, Intervenors filed their original Complaint in Intervention against Defendant in the above styled action (Doc. 12). On May 26, 2021, Defendant filed its appropriate answer and affirmative defenses (Doc. 15). All claims as a result between these parties are now resolved and further Court intervention is no longer necessary.

2. Intervenors move to dismiss the claims with prejudice, and Defendant agrees to the dismissal. As the original Plaintiffs' claims are also resolved and subject to dismissal, no claims will remain.

3. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

4. A receiver has not been appointed in this case.

5. This case is not governed by any federal statute that requires a court order for dismissal of the case.

6. Plaintiffs have not previously dismissed any federal or state court suit against this Defendant based on or including the same claims as those presented in this case.

7. The settlement of the claims of the minor have been approved by virtue of the Order Approving Minor Settlement entered by the County Court at Law #3 of Nueces County in the matter styled as Cause No. 2020CCV-61221-3, *Karla Cavazos, et al. v. Orion Marine Group, LLC, et al.*, in the County Court at Law #3 of Nueces County, Texas.

8. This dismissal is with prejudice.

### PRAYER

For these reasons, the parties request the Court dismiss Intervenors' claims with prejudice in accordance with the parties' Stipulation, with each party bearing its own court costs and attorneys' fees.

4540657-1

Respectfully submitted:

THE LAW OFFICES OF MICHAEL M. GUERRA

By: */s/ Michael M. Guerra*
    Michael M. Guerra
    Texas State Bar No. 00787603
    Fed. I.D. 18850
    BBVA Compass Bank Building
    3900 N. 10th Street, Suite 850
    McAllen, Texas 78332
    Telephone: (956) 682-5999
    Facsimile: (888) 317-8802
    Email: everyone@mmguerra.com

-and-

BRUNKENHOEFFER. P.C.

By: */s/ R. Blake Brunkenhoeffer*
    R. Blake Brunkenhoeffer
    Texas State Bar No. 00783739
    Fed. I.D. 15559
    Email: bbrunk@brunklaw.com
    500 N. Shoreline Blvd., Suite 1100
    Corpus Christi, Texas 78401-0354
    Telephone: (361) 888-8808
    Facsimile: (361) 888-5855

**COUNSEL FOR INTERVENORS**


**CHAFFE McCALL L.L.P.**

By: */s/ Frank A. Piccolo*
    Frank A. Piccolo
    Texas Bar No. 24031227
    SDTX Bar No. 30197
    Email: frank.piccolo@chaffe.com
    801 Travis Street, Suite 1910
    Houston, Texas 77002

Telephone: (713) 546-9800
Facsimile: (713) 546-9806

**LEAD COUNSEL FOR DEFENDANT**

**OF COUNSEL:**

John M. Ribarits
Texas Bar No. 00792302
SDTX Bar No. 19319
Email: john.ribarits@chaffe.com
Kenneth H. Tribuch
Texas Bar No. 24042539
SDTX Bar No. 579059
Email: Kenneth.tribuch@chaffe.com
Heather S. von Sternberg
State Bar No. 00797400
SDTX Bar No. 22684
Email: heather.vonsternberg@chaffe.com
801 Travis Street, Suite 1910
Houston, Texas 77002
Telephone: (713) 546-9800
Facsimile: (713) 546-9806

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 14, 2022, a copy of the above and foregoing has been filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive electronic service.

                                                 */s/ Frank A. Piccolo*
                                                  Frank A. Piccolo

4540657-1