Case 2:21-cv-00060   Document 32   Filed on 05/02/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 02, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA ISABEL RIVERA, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:21-CV-00060 |
| SCHNEIDER E&C COMPANY, INC., | § § § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pursuant to the Court's Orders of Dismissal (D.E. 29, 31), the Court enters final judgment dismissing this action with prejudice.

ORDERED on May 2, 2022.

*[signature]*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE